

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Alejandro LOZANO-Haro<br><br>Defendant. | Magistrate Case No.: '08 MJ 8725<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

That on or about August 13, 2008 within the Southern District of California, defendant Alejandro LOZANO-Haro did knowingly and intentionally import approximately 36.68 kilograms (80.70 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Rosalinda Estrada, Special Agent
Immigration and
Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 14th DAY OF AUGUST 2008.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
       v.
Alejandro LOZANO-Haro

Statement of Facts

This Statement of Facts is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Rosalinda Estrada.

On August 13, 2008, at approximately 1448 hours, Alejandro LOZANO-Haro (LOZANO) attempted to enter the United States from the Republic of Mexico through the Calexico, California, West Port of Entry. LOZANO was the sole occupant driver and registered owner of a 1990 Geo Prizm, bearing Baja California, Mexico, license plate BET6451.

During primary inspection, Customs and Border Protection Officer (CBPO) M. Kjellberg received a negative oral Customs declaration from LOZANO. LOZANO stated to CBPO Kjellberg he was going to the Greyhound bus depot to pick up his mother. CBPO Kjellberg noticed LOZANO appeared to be very nervous. CBPO Kjellberg also noticed he was shaking as he opened the trunk of the vehicle. CBPO Kjellberg then referred LOZANO to the vehicle secondary lot for further inspection.

During secondary examination, CBPO M. Aguilar received a negative oral Customs declaration from LOZANO. When CBPO Aguilar inquired about the vehicle, LOZANO stated the vehicle was registered in his name. LOZANO further stated he was going to the Greyhound bus depot to pick up his mother.

Upon further inspection of the vehicle, CBPO M. Aguilar discovered thirty-three (33) packages wrapped in aluminum foil, black electrical tape and sealed in vacuum sealed plastic. The

packages contained a green leafy substance that when probed, field-tested positive for marijuana. The 33 packages had a combined weight of approximately 36.68 kilograms (80.70 pounds).

    LOZANO was advised of his rights per Miranda. LOZANO stated he understood his rights and was willing to answer questions without the presence of an attorney. LOZANO stated to Special Agent Estrada that he was going to be paid $2,000.00 upon delivery of the narcotics in Los Angeles, California.